UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 10-33003-DHW
                                              Chapter 13
Victor Lee,

    Debtor(s).

## ORDER GRANTING MOTION TO MODIFY MORTGAGE

The debtor filed a motion to enter into a mortgage modification agreement.

After notice to all parties in interest, the motion came on for hearing. No objections to the motion were filed or advanced at the hearing. Upon consideration of the motion, it is

ORDERED that the motion is GRANTED.

Done this 23rd day of September, 2014.

                                                /s/ Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Curtis C. Reding, Trustee