UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:  CASE NO. 10-33003-DHW
CHAPTER 13

VICTOR LEE

JUDGE DWIGHT H. WILLIAMS JR.

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Curtis C. Reding files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 9759 | $1,623.88 | $3,300.00 | $3,300.00 |
| Total Amount Paid by Trustee | | | | $3,300.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 15th day of May, 2015.

VICTOR LEE, 3948 STRATHMORE DR, MONTGOMERY, AL 36116

ELECTRONIC SERVICE - RICHARD D SHINBAUM, ATTORNEY AT LAW, P O BOX 201, MONTGOMERY, AL 36101-0201

WELLS FARGO BANK NA, 3476 STATEVIEW BLVD, MAC#X7801-014, FORT MILL, SC 29715

ELECTRONIC SERVICE - ENSLEN CROWE, SIROTE & PERMUTT, P.C., PO BOX 55887, BIRMINGHAM, AL 35255-5887

ELECTRONIC SERVICE - Bankruptcy Administrator

Date: May 15, 2015          /s/ Curtis C. Reding
                            Curtis C. Reding
                            Chapter 13 Trustee
                            P. O. Box 173
                            Montgomery, AL 36101-0173