In Re:     Case No.10-33003-DHW
VICTOR LEE     Chapter 13
3948 STRATHMORE DR
MONTGOMERY, AL  36116

Debtor
SSN: XXX-XX-8431

## Order Releasing Wages

    The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

        STATE OF ALABAMA
        STATE COMPTROLLERS OFFICE
        100 N UNION ST STE 284
        MONTGOMERY, AL  36130-2602

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, May 15, 2015.

                */s/ Dwight H. Williams Jr.*
                Dwight H. Williams Jr.
                United States Bankruptcy Judge

**CC:**   VICTOR LEE
       STATE OF ALABAMA